JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ZELAYA,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; JANET RAMIREZ, an individual; RUBEN MACIAS, an individual; DANA CHEMINTZER, an individual; Does 1-10, inclusive.<br><br>        Defendants. | Case No.: CV12-7660-ABC (FFMx)<br><br>[~~PROPOSED~~] JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 12, 2013 at 10:00 a.m. in Courtroom 680 of the United States District Court located at 255 East Temple Street, Los Angeles, CA 90012, Defendants COUNTY OF LOS ANGELES, SHERIFF'S DEPUTY JANET RAMIREZ, SHERIFF'S DEPUTY RUBEN MACIAS AND SHERIFF'S LIEUTENANT DANA CHEMINTZER ("Defendants") Motion For Summary Judgment, or in the alternative, Summary Adjudication of Issues on Plaintiff JOSE ZELAYA ("Plaintiff")'s Complaint,

pursuant to Federal *Rules of civil Procedure* 56(a), (d) and (e) came for hearing, the Honorable Audrey B. Collins, United States District Court Judge, presiding.

Plaintiff appeared by and through his counsel of record: Ralph Rogari of REHM & ROGARI.  Defendants appeared by and through their counsel of record: Andrew Pongracz of SEKI, NISHIMURA & WATASE, LLP.

Upon consideration of all parties' moving papers, all exhibits submitted therewith, the entire case file, those matters of which the Court has taken judicial notice, and the arguments of counsel, the Court GRANTED Defendants' motion in a written order dated August 13, 2013.  (Dkt. 46)  The Court's ORDER granting Defendants' motion is incorporated herein by reference.

By reason of said order, County of Los Angeles, Sheriff's Deputy Janet Ramirez, Sheriff's Deputy Ruben Macias and Sheriff's Lieutenant Dana Chemintzer are entitled to judgment against Plaintiff Jose Zelaya.

Now, therefore, it is ORDERED, ADJUDGED AND DECREED that Plaintiff Jose Zelaya have and recover nothing by reason of each and all of the claims set forth in his Complaint against County of Los Angeles, Sheriff's Deputy Janet Ramirez, Sheriff's Deputy Ruben Macias and Sheriff's Lieutenant Dana Chemintzer, and that Defendants County of Los Angeles, Sheriff's Deputy Janet Ramirez, Sheriff's Deputy Ruben Macias and Sheriff's Lieutenant Dana Chemintzer shall recover costs in accordance with Local Rule 54.

SO ORDERED

DATED: September 4, 2013   _____

HON. AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE